UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS VIDALES,

        Petitioner,

   v.

JERRY BROWN,

        Respondent.

Case No. 15-cv-03518-JST (PR)

**ORDER OF TRANSFER**

Petitioner has filed a form habeas petition under 28 U.S.C. § 2241.  Petitioner is being held in Coalinga State Hospital in Coalinga, California, under California's Sexual Violent Predator Act ("SVPA").  See Cal. Welf. & Inst. Code 6600, et seq.  He is currently awaiting trial to determine whether he is a Sexually Violent Predator subject to civil commitment under the SVPA.

Venue for a habeas action is proper in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  The petition indicates that the commitment proceedings are in Merced County, which lies within the venue of the Eastern District of California, and petitioner is confined in Fresno County, which is also in the Eastern District.  See 28 U.S.C. 84(b).  Accordingly, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition is TRANSFERRED to the United States District Court for the Eastern District of California.  Ruling on the request to proceed in forma pauperis will be deferred to the Eastern District.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
JON S. TIGAR
United States District Judge